# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ACCURATE BUILDERS LIMITED LIABILITY COMPANY,<br><br>*Plaintiff*,<br><br>v.<br><br>RISE CONCRETE LLC, and RISE CONSTRUCTION INC.<br><br>*Defendants*. | Civil Action No. 22-04911<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown,

IT IS on this 27th day of March, 2023,

**ORDERED** that Plaintiff's motion for default judgment (D.E. 9) is **GRANTED**; and it is further

**ORDERED** that default judgment shall be entered in favor of Plaintiff and against Defendant, jointly and severally, in the amount of $3,487,651.94 in actual damages and $33,392.28 in attorneys' fees and costs, for a total of $3,521,044.22; and it is further

**ORDERED** that Plaintiff is entitled to statutory interest from Defendants; and it is further

**ORDERED** that Plaintiff may submit appropriate documentation to supplement its request for attorneys' fees within fourteen (14) days of this Order. If Plaintiff fails to submit its supplemental documents within such time, Plaintiff's request for additional attorneys' fees will be denied with prejudice.

*/s/ John Michael Vazquez*
John Michael Vazquez, U.S.D.J.